```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 15497
  DORA MAE JOHNSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-5582


----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      The case was filed on 04/20/2004 and was confirmed 06/21/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

      The case was paid in full 05/16/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
----------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED         3020.00          .00         453.00
CITY OF CHICAGO PARKING    NOTICE ONLY     NOT FILED          .00            .00
FORD MOTOR CREDIT          UNSECURED        11400.39          .00        1710.06
FORD MOTOR CREDIT          NOTICE ONLY     NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         9750.93          .00        1462.64
NATIONAL CAPITAL MGMT LL   UNSECURED          264.74          .00          39.71
UNITED CREDIT NATIONAL B   NOTICE ONLY     NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   SECURED           2200.00          .00        2200.00
PETER FRANCIS GERACI       DEBTOR ATTY      2,600.00                    2,600.00
TOM VAUGHN                 TRUSTEE                                        497.24
DEBTOR REFUND              REFUND                                         351.51

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE               9,314.16

PRIORITY                                            .00
SECURED                                        2,200.00
UNSECURED                                      3,665.41
ADMINISTRATIVE                                 2,600.00
TRUSTEE COMPENSATION                             497.24
DEBTOR REFUND                                    351.51
                     ---------------         ---------------
TOTALS                9,314.16                 9,314.16
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 08/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |